# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LONG CORNER CONSUMER ELECTRONICS LLC, § § § *Plaintiff*, § § v. § § ARCHOS, INC., § § *Defendant*. § § § § | | CASE NO. 2:14-cv-352 (LEAD CASE) |
| LONG CORNER CONSUMER ELECTRONICS LLC, § § § *Plaintiff*, § § v. § § SAMSUNG ELECTRONICS AMERICA, INC., § § § *Defendant*. § § § § | | CASE NO. 2:14-cv-357 (CONSOLIDATED CASE) |

## **ORDER**

Before the Court is the Agreed Motion for Dismissal of All Plaintiff Long Corner Consumer Electronics LLC's Claims with Prejudice and All Defendant Samsung Electronics America, Inc.'s Counter Claims Without Prejudice (Case No. 2:14-cv-352 Dkt. No. 105). The Motion is GRANTED. The Court ORDERS that this action is dismissed, with all of Long Corner's claims asserted in this suit DISMISSED WITH PREJUDICE and all of Samsung's

counterclaims asserted in this suit DISMISSED WITHOUT PREJUDICE, with each party to bear its own costs, attorney's fees and expenses.

It is so ORDERED.

SIGNED this 31st day of December, 2014.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE